1  ROGER K. LITMAN, 57634
   Attorney at Law
2  Civic Center Square
   2300 Tulare Street, Suite 230
3  Fresno, California 93721
   Telephone: (559) 237-6000
4
   Attorney for Defendant, FERNANDO LIZARRAGA LOPEZ
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                     EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )   CASE NO.  CRF-03-5405 AWI
10                                  )
        Plaintiff,                  )
11                                  )   **STIPULATION TO CONTINUE**
   v.                               )
12                                  )
   FERNANDO LIZARRAGA LOPEZ,        )
13                                  )
        Defendant.                  )
14 _____)

15      The parties hereto, by and through their respective attorneys, stipulate and
16 agree that the sentencing currently scheduled for May 9, 2005, be continued to
17 June 21, 2005 at 9:00 a.m. in the above-entitled court, as defense counsel is
18 scheduled to be out of the country on vacation.
19      Any Formal Objections to be filed on behalf of defendant must be submitted
20 to the court by June 7, 2005..  Any informal objections to be submitted to the
21 probation officer by May 31, 2005.
22      The parties also agree that any delay resulting from this continuance shall
23 be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F),
24 3161(h)(8)(A) and 3161(h)(8)(B)(I).
25
26 DATED: April 18, 2005            /s/ Carl Faller
                                    CARL FALLER
27                                  Assistant United States Attorney
                                    **This was agreed to by Mr. Faller,**
28                                  **via telephone, on April 18, 2005**

                                    1

1  DATED:  April 18, 2005              /s/ Roger K. Litman
                                        ROGER K. LITMAN
2                                       Attorney for Defendant
                                        FERNANDO LOPEZ-LIZARRAGA
3

4  IT IS SO ORDERED.

5  **Dated:    April 22, 2005**                /s/ **Anthony W. Ishii**
   0m8i78                              UNITED STATES DISTRICT JUDGE

2