ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, FERNANDO LIZARRAGA LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>              )<br>     Plaintiff,              )<br>              )<br>v.              )<br>              )<br>FERNANDO LIZARRAGA LOPEZ,       )<br>              )<br>     Defendant.              )<br>_____) | CASE NO.  CRF-03-5405 AWI<br><br>**STIPULATION TO CONTINUE** |

  The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently scheduled for May 9, 2005, be continued to June 21, 2005 at 9:00 a.m. in the above-entitled court, as defense counsel is scheduled to be out of the country on vacation.

  Any Formal Objections to be filed on behalf of defendant must be submitted to the court by June 7, 2005..  Any informal objections to be submitted to the probation officer by May 31, 2005.

  The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: April 18, 2005    /s/ Carl Faller
                CARL FALLER
                Assistant United States Attorney
                **This was agreed to by Mr. Faller,
                via telephone, on April 18, 2005**

1

| | |
|---|---|
| DATED: April 18, 2005 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>FERNANDO LOPEZ-LIZARRAGA |

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   April 22, 2005**<br>0m8i78 | **/s/ Anthony W. Ishii**<br>UNITED STATES DISTRICT JUDGE |