ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, FERNANDO LIZARRAGA LOPEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  CRF-03-5405 AWI |
| Plaintiff, ) | |
| ) | **STIPULATION** |
| v. ) | |
| ) | |
| FERNANDO LIZARRAGA LOPEZ, ) | |
| Defendant. ) | |
| _____) | |

    The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently scheduled for June 21, 2005, be rescheduled for June 20, 2005 at 9:00 a.m. in the above-entitled court.

    Any Formal Objections to be filed on behalf of defendant must be submitted to the court by June 6, 2005..  Any informal objections to be submitted to the probation officer by May 30, 2005.

    The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: May 9, 2005      /s/ Carl Faller
                                  CARL FALLER
                                  Assistant United States Attorney
                                  **This was agreed to by Mr. Faller,
                                  via telephone, on May 9, 2005**

1

| | |
|---|---|
| DATED: May 9, 2005 | /s/ Roger K. Litman<br>ROGER K. LITMAN<br>Attorney for Defendant<br>FERNANDO LOPEZ-LIZARRAGA |

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   May 10, 2005**<br>0m8i78 | **/s/ Anthony W. Ishii**<br>UNITED STATES DISTRICT JUDGE |